IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

FILE NUMBER: 4:15-CV-191-FL

| | | |
|---|---|---|
| Creo Waverly Merritt, III, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER FOR PLAINTIFF'S MOTION FOR |
| | ) | ATTORNEYS FEES AND COSTS |
| | ) | PURSUANT TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 0U.S.C. § 2412 |
| Nancy A. Berryhill, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the Attorney's Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, it is hereby ORDERED that the Plaintiff's attorney be awarded an attorney fee of Five Thousand Seven Hundred and Twenty-Five 00/100 Dollars ($5,725.00) for his work on this claim.

This 6th day of March, 2017.

BY: _____
Louise Wood Flanagan
United States District Judge